**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| GEORGE GLASGOW, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 2006/119 |
| ) | |
| vs. ) | ACTION FOR DAMAGES |
| ) | |
| ISLAND HERITAGE INSURANCE ) | JURY TRIAL DEMANDED |
| COMPANY, LTD., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL RULE 26 DISCLOSURES**

Comes Now, Defendant, Island Heritage Insurance Company, Ltd., through undersigned counsel, and hereby notifies the Court that Defendant has provided supplemental discovery disclosures to plaintiff pursuant to Fed. R. Civ. P. 26(a) (2006), as set forth in the Certificate of Service below. Said disclosure consists of an Affidavit and Correspondence from Adjuster, bates nos. Glasgow 0081 – Glasgow 0088.

Said disclosures are not being provided to the Court at this time pursuant to applicable rules.

Respectfully submitted,

DATED: July 20, 2007          /s/ Garry E. Garten, Esq.
                              Law Office of Garry Garten, Esq.
                              (Wilczynski & Garten)
                              Attorney for Defendant
                              C19-C20 Palm Passage
                              P.O. Box 1150
                              St. Thomas, USVI 00804
                              (340) 774-4547 Phone   (340) 774-4759 Fax

*Glasgow v. Island Heritage Ins. Co. Ltd.*, Civ. No. 2006/119
Notice of Service of Defendant's Supplemental Rule 26 Disclosures
Page 2 of 2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 20 day of July, 2007, I electronically filed the foregoing Notice of Service of Defendant's Supplemental Rule 26 Disclosures in civil case no. 2006-119 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lee J. Rohn , Esq.
Rohn & Cameron, LLC
1101 King Street
Christiansted, St. Croix, USVI  00820        /s/Garry Garten